U.S. Department of Justice
United States Attorney

December 10, 2025
Date Submitted

# IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA          Criminal Complaint

v.

MATTHEW NEET          1:25-mj-1291

Date of Indictment

## REQUEST FOR ARRAIGNMENT – In Local Custody

Matthew Neet
(Name)

Gwinnett County Jail          12/9/2025
(Institution)          (Date Verified)

ATTORNEY FOR DEFENDANT
Gregory Bushway
(Name)
923 Washington Avenue, Macon, Georgia 31201
(Address)

Samir Kaushal
Assistant U.S. Attorney

**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Dec 11 2025

**KEVIN P. WEIMER**, Clerk

By: /s/Amanda Zarkowsky
Deputy Clerk